Dismissed and Memorandum Opinion filed June 26, 2003









Dismissed and Memorandum Opinion filed June 26, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00312-CV

____________

 

ALAMO TITLE INSURANCE, Appellant

 

V.

 

GIL RAMIREZ HOMES, INC., Appellee

 



 

On
Appeal from County Civil Court at Law No.  1

 Harris County, Texas

Trial
Court Cause No.  760,369

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 6, 2002. On
June 19, 2003, 
appellant filed a motion to dismiss the appeal because the case
has been settled.  See Tex. R. App. P. 42.1.  The motion is granted.    

 Accordingly, the
appeal is ordered dismissed.      

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 26, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.